a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RICKEY BARNES #119466,                            CIVIL DOCKET NO. 1:26-CV-01171
Plaintiff                                                                          SEC P

VERSUS                                                                    JUDGE DRELL

MARCUS MYERS ET AL,                        MAGISTRATE JUDGE PEREZ-MONTES
Defendants

---

MEMORANDUM ORDER

Before the Court is a civil rights Complaint (ECF No. 1) filed by pro se Plaintiff Rickey Barnes ("Barnes"), an inmate at Raymond Laborde Correctional Center ("RLCC") in Cottonport, Louisiana.

To determine whether Barnes states a viable claim against any Defendant, he must AMEND the Complaint.

I.    Background

According to the Complaint and exhibits, Barnes underwent a radical prostatectomy on June 5, 2024.  ECF No. 1; 1-2 at 7.  The following day, Barnes returned to RLCC.  *Id.*  Barnes alleges that he was discharged to his dorm with a catheter bag.  *Id.*

On June 20, 2024, Barnes was transported for a follow-up appointment to have the catheter removed.  ECF No. 1 at 8.  Barnes alleges that he complained of pain at that appointment.  *Id.*

1

On August 22, 2024, Barnes was transported for another follow-up appointment. *Id.* A urine culture was collected due to complaints of dysuria. ECF No. 1-2 at 7. On August 30, 2024, RLCC staff was notified that Barnes's urine tested positive for Klebsiella. *Id.* Barnes was prescribed 10 days of Bactrim, which he began taking on September 4, 2024. *Id.*

Barnes alleges that he continues to suffer pain and discomfort because of the urinary tract infection in 2024. ECF No. 1 at 9.

## II.    Law and Analysis

Barnes concludes that his infection was caused by his placement in an "unclean and nasty" cell. ECF No. 1 at 8. This allegation is conclusory. Barnes should amend the Complaint to describe the conditions of the cell he contends were unsanitary and how the conditions caused the infection. Barnes must also state whether any medical professional determined that his infection was caused by the cell conditions. If so, Barnes must identify the medical professional and state the date on which he was provided with that information.

Barnes names as Defendants Warden Myers, five "Jane Does," and five "John Does." Barnes must amend the Complaint to state what each Defendant personally did or failed to do to violate his constitutional violation, including the dates of each action or inaction. He must also help identify each "Doe" Defendant by providing a physical description, job title, shift, or other relevant information.

Barnes alleges that he continues to suffer pain and discomfort from the August 2024 infection. He must amend to state whether he sought medical care for his pain

2

and discomfort after the last follow-up appointment on November 22, 2024.  If so, Barnes should state when each request was made, to whom, whether the request was verbal or written, and what response he received to each request, including any treatment received.

### III.   Conclusion

To determine whether Barnes states a viable claim against any Defendant, IT IS ORDERED that he amend the Complaint within 30 days as instructed and provide any supporting evidence.

SIGNED on Monday, June 1, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

3